United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF RHONERT PARK,<br><br>    Defendant. | Case No. 14-cv-05157-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference in this case, currently scheduled on February 19, 2015, is CONTINUED to February 26, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The Joint Case Management Statement shall be filed by February 19, 2015.

**IT IS SO ORDERED.**

Dated: January 27, 2015

MARIA-ELENA JAMES
United States Magistrate Judge