ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ANTONIO L. INGRAM II (CA SBN 300528)
AIngram@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
RAUL BARAJAS
ELVA BARAJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, a municipal corporation; and Jacy Tatum, David Rodriquez and Matthew Snodgrass, officers with the City of Rohnert Park Police Department,<br><br>Defendants. | Case No. 3:14-cv-05157 MEJ<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENDING ADR CONFERENCE DEADLINE**<br><br>Complaint filed: November 21, 2014 |

Plaintiffs Raul Barajas and Elva Barajas ("Plaintiffs") and Defendants City of Rohnert Park, Jacy Tatum, David Rodriquez and Matthew Snodgrass ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court-appointed mediator, William Herbert sent a correspondence on March 25, 2015 stating that the target date to complete mediation was May 22, 2015;

WHEREAS, on April 8, 2015, Plaintiffs and Defendants discussed mediation with Mr. Hebert;

WHEREAS, Defendants indicated during that telephone conference that it was going to file a motion for summary judgement;

WHEREAS, Plaintiffs and Defendants agreed that it would not be fruitful to have a mediation conference before the court's ruling on the pending summary judgement motion; and

WHEREAS, the parties agree that the ADR deadline should be extended to 45 (forty-five) days after the Court rules on Defendants' motion for summary judgement;

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the ADR deadline will be 45 (forty-five) days after the Court rules on Defendants' motion for summary judgement.

**IT IS SO STIPULATED.**

Dated: June 25, 2015

ARTURO J. GONZÁLEZ
ANTONIO L. INGRAM II
MORRISON & FOERSTER LLP

By: /s/ *Arturo J. González*
ARTURO J. GONZÁLEZ

Attorney for Raul Barajas and Elva Barajas

Dated: June 25, 2015

SCOTT LEWIS
DAVID F. BEACH
PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

By: */s/ Scott Lewis*
SCOTT LEWIS

Attorney for City of Rohnert Park

**IT IS SO ORDERED.**

Dated: June 25, 2015, 2015 ____________________
Hon. Maria-Elena James