LAW OFFICES OF
# Perry, Johnson, Anderson, Miller & Moskowitz LLP

438 First Street, 4th Floor, Santa Rosa, CA 95401

William D. Anderson
David F. Beach
Isaac M. Gradman
John E. Johnson*
Marla D. Keenan*
Scott A. Lewis
Malcolm T. Manwell
Michael G. Miller
Lawrence A. Moskowitz*
Jeremy L. Olsan
Leslie R. Perry
Burton H. Fohrman
Roger J. Illsley
Daphne A. Beletsis
Mary Jane Schneider
Anne C. D'Arcy, R.N
Sheila S. Craig*
Deborah S. Bull
Oscar A. Pardo
Michael E. Liotta
Martin L. Hirsch
Heather-Ann T. Young
Sarah M. Lewers

*Certified Specialist
Family Law,
The State Bar of California
Board of Legal Specialization

TELEPHONE
(707) 525•8800

FACSIMILE
(707) 545•8242

E-MAIL
lewis@
perrylaw.net

WEBSITE
www.perrylaw.net

July 16, 2015

**VIA OVERNIGHT MAIL**

**AND ELECTRONIC FILING**

Magistrate Judge Donna M. Ryu
U. S. District Court, Northern District
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA  94612

Re:   **Barajas, et al., v. City of Rohnert Park, et al.**
      **Case No. 14-cv-0157**

Dear Judge Ryu:

The current deadline for disclosure of expert witnesses in this matter is tomorrow, July 17. Our only expert is a Probation Department Supervisor who will explain to the Court the different types of Probation. One type of probation is at issue in the instant case, Court Probation. An administrator helping to prepare the report is unavailable due to a lengthy vacation until the end of July. Due to that unavailability, we respectfully request that this deadline be extended to August 12, 2015, or on a date set by the court.

Very truly yours,

/s/ Scott A. Lewis
Scott A. Lewis

SAL:mag

cc:    Ingram