UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF RHONERT PARK, et al.,<br><br>   Defendants. | Case No. 14-cv-05157-MEJ<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUESTTO EXTEND EXPERT WITNESS DEADLINE**<br><br>Re: Dkt. No. 21 |

On July 16, 2015, Defendants filed a request to extend the deadline for disclosure of expert witnesses in this matter, which is currently July 17, 2015. Dkt. No. 21. Defendants state that their only expert is a Probation Department Supervisor, but an "administrator" helping to prepare the report is unavailable due to a lengthy vacation until the end of July. Due to that unavailability, Defendants request that this deadline be extended to August 12, 2015. As Defendants' request does not comply with Civil Local Rules 6 and 7, it is DENIED WITHOUT PREJUDICE. The Court shall reconsider Defendants' request upon proper stipulation or motion. As it appears that good cause to extend the deadline may exist, the Court ORDERS the parties to meet and confer to determine whether they are able to agree to an extended deadline, and whether it is necessary to extend any other deadlines as a result. As it is preferable to resolve cases on their merits and with a full record, Plaintiffs are advised that the Court is unlikely to deny a reasonable extension absent a showing of prejudice.

   **IT IS SO ORDERED.**

Dated: July 17, 2015

                                                                                 
MARIA-ELENA JAMES
United States Magistrate Judge