DAVID F. BEACH (SBN: 127135)
SCOTT A. LEWIS (SBN: 149094)
PERRY, JOHNSON, ANDERSON, MILLER &
MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Defendants
CITY OF ROHNERT PARK, JACY TATUM, DAVID
RODRIGUEZ and MATTHEW SNODGRASS


ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ANTONIO L. INGRAM II (CA SBN 300528)
AIngram@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
RAUL BARAJAS
ELVA BARAJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, a municipal corporation; and Jacy Tatum, David Rodriquez and Matthew Snodgrass, officers with the City of Rohnert Park Police Department,<br><br>Defendants. | Case No. 3:14-cv-05157 MEJ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENDING EXPERT DEADLINE**<br><br><br>Complaint filed: November 21, 2014 |

STIPULATION REGARDING EXTENDING EXPERT EXCHANGE AND [PROPOSED] ORDER
Case No. 3:14-cv-05157 MEJ
sf-3557369

1

1  Plaintiffs Raul Barajas and Elva Barajas ("Plaintiffs") and Defendants City of Rohnert
2  Park, Jacy Tatum, David Rodriquez and Matthew Snodgrass ("Defendants"), through their
3  undersigned counsel, hereby stipulate as follows:
4  WHEREAS, the deadline for exchange of expert witnesses is set for July 17, 2015;
5  WHEREAS, on July 17, 2015, Plaintiffs and Defendants discussed extending this expert
6  deadline;
7  WHEREAS, Defendants and Plaintiffs have agreed as follows:
8  1.)  The exchange of expert witnesses is continued by stipulation to August 17, 2015;
9  2.)  The PMK Deposition will take place July 30th at 10 am pursuant to Plaintiff's Notice
10      of Deposition
11 THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the
12 Expert Deadline set for July 17, 2015 is continued until August 17, 2015.  The deadline for
13 rebuttal experts will be continued from July 27, 2015 until August 27, 2015.  Expert depositions
14 will occur by September 9, 2015.
15 **IT IS SO STIPULATED.**

1

Dated: July 17, 2015

ARTURO J. GONZÁLEZ
ANTONIO L. INGRAM II
MORRISON & FOERSTER LLP


By: /s/ *Arturo J. González*
      ARTURO J. GONZÁLEZ

Attorney for Raul Barajas and Elva Barajas

Dated: July 17, 2015

SCOTT LEWIS
DAVID F. BEACH
PERRY, JOHNSON, ANDERSON, MILLER &
MOSKOWITZ LLP


By: */s/ Scott A. Lewis*
      SCOTT LEWIS

Attorney for City of Rohnert Park

**IT IS SO ORDERED.**

Dated: July 21, 2015, 2015 _____
Hon. Maria-Elena James

STIPULATION REGARDING EXTENDING EXPERT EXCHANGE AND [PROPOSED] ORDER
Case No. 3:14-cv-05157 MEJ
sf-3557369

3