DAVID F. BEACH (SBN: 127135)
SCOTT A. LEWIS (SBN: 149094)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California  95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Defendants
CITY OF ROHNERT PARK, JACY
TATUM, DAVID RODRIGUEZ, and
MATTHEW SNODGRASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS, ELVA BARAJAS, | Case No.  3:14-cv-05157 MEJ |
| Plaintiffs, | **DEFENDANT CITY OF ROHNERT PARK'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ, and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department and DOES 1 through 10, | Date: October 15. 2015<br>Time: 10:00 a.m.<br>Courtroom: B |
| Defendants. | |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant City of Rohnert Park, a municipal corporation, moves for an order granting summary judgment under Fed. Rule Civ. P. 56 as to Plaintiffs' Complaint.  Defendant's Motion for Summary Judgment will be heard on October 15, 2015, at 10:00 a.m. in Courtroom B of the above-referenced court, located at 450 California Street, San Francisco, California.

This motion is made upon the grounds that under current prevailing law, the search of

1

Notice of Motion for Summary Judgment                                                      Case No. 3:14-cv-05157

Plaintiffs' home was legal. Alternatively, Defendant Officers are entitled to summary judgment based on Qualified Immunity and Defendant Entity is entitled to summary judgment based on the Monell Rule.

The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities, statement of facts, request for judicial notice, and supported by the declarations of Jeffrey Justice, Scott A. Lewis, and attached exhibits.

A proposed order is also attached.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: September 10, 2015      By:  /s/ Scott A. Lewis
                                    DAVID F. BEACH
                                    SCOTT A. LEWIS
                                    Attorneys for Defendant
                                    CITY OF ROHNERT PARK