UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL BARAJAS, et al.,

    Plaintiffs,

    v.

CITY OF ROHNERT PARK, et al.,

    Defendants.

Case No. 14-cv-05157-MEJ

**ORDER VACATING PRETRIAL AND TRIAL DATES**

    The Court hereby **VACATES** all pending pretrial and trial dates in this matter pending its Order on the parties' cross Motions for Summary Judgment.

    **IT IS SO ORDERED.**

Dated: December 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge