UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05157-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 71 |

　　　This matter is currently scheduled for a hearing on June 9, 2016 regarding Defendant City of Rohnert Park's Motion for Summary Judgment. Dkt. No. 71. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the June 9, 2016 hearing. The matter is deemed under submission.

　　　**IT IS SO ORDERED.**

Dated: June 3, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge