# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF ROHNERT PARK, et al., <br><br>  Defendants. | Case No. 14-cv-05157-MEJ <br><br> **ORDER VACATING PRETRIAL AND TRIAL DATES** |

The Court hereby **VACATES** all pending pretrial and trial dates in this matter pending its Order on Defendants' Motion for Summary Judgment (Dkt. No. 71).

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge