United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL BARAJAS, et al.,

          Plaintiffs,

    v.

CITY OF ROHNERT PARK, et al.,

          Defendants.

Case No.  14-cv-05157-MEJ

**ORDER VACATING HEARING**

Re: Dkt. No. 81

     This matter is currently scheduled for a hearing on August 11, 2016 regarding Plaintiffs'
Motion for Leave to File an Amended Complaint.  Dkt. No. 81.  Pursuant to Federal Rule of Civil
Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition
without oral argument and hereby **VACATES** the August 11, 2016 hearing.  The matter is deemed
under submission.

     **IT IS SO ORDERED.**

Dated: August 8, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge