| | |
|---|---|
| 1 | DAVID F. BEACH (SBN: 127135) |
| | SCOTT A. LEWIS (SBN: 149094) |
| 2 | PERRY, JOHNSON, ANDERSON, MILLER & |
| | MOSKOWITZ, LLP |
| 3 | 438 1st Street, 4th Floor |
| | Santa Rosa, California  95401 |
| 4 | Telephone: (707) 525-8800 |
| | Facsimile: (707) 545-8242 |
| 5 | |
| | Attorneys for Defendants |
| 6 | CITY OF ROHNERT PARK, JACY TATUM, DAVID |
| | RODRIGUEZ and MATTHEW SNODGRASS |
| 7 | |
| 8 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 9 | CAITLIN SINCLAIRE BLYTHE (CA SBN 265024) |
| | CBlythe@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 11 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 12 | |
| | Attorneys for Plaintiffs |
| 13 | RAUL BARAJAS |
| | ELVA BARAJAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS, | Case No. 3:14-cv-05157 MEJ |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER SEEKING STAY OF PROCEEDINGS PENDING DECISION FROM NINTH CIRCUIT COURT OF APPEALS REGARDING THE PARTIES' PETITIONS FOR APPEAL UNDER 28 U.S.C. § 1292(b)** |
| v. | |
| CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIQUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department, | |
| Defendants. | |
| | Complaint filed:  November 21, 2014 |

STIP. RE STAY OF PROCEEDINGS AND [PROPOSED] ORDER
Case No. 3:14-cv-05157 MEJ

1

1   Plaintiffs Raul Barajas and Elva Barajas ("Plaintiffs") and Defendants City of Rohnert
2   Park, Jacy Tatum, David Rodriquez and Matthew Snodgrass ("Defendants"), through their
3   undersigned counsel, hereby stipulate as follows:
4   WHEREAS, on August 10, 2016, the Court entered the Order Re: Motion for Summary
5   Judgment and Sua Sponte Certifying Issues for Appeal (the "Order");
6   WHEREAS, the Order sua sponte certified two issues for interlocutory appeal under 28
7   U.S.C. § 1292(b) and ordered the parties to meet and confer and within 30 days of the Order's
8   issuance submit a proposal regarding whether the action should be stayed;
9   WHEREAS, the parties filed separate petitions seeking appellate review under § 1292(b)
10  of one or both issues certified by the district court;
11  WHEREAS, the parties have met and conferred and agree that a stay of the proceedings
12  before this Court pending resolution of the parties' petitions by the Ninth Circuit Court of
13  Appeals, either through an order declining to accept certification of both issues or a ruling on the
14  appeal of one or both issues, is appropriate and would promote economy of time and effort;
15  WHEREAS, the parties shall promptly inform the Court if the Ninth Circuit declines to
16  accept certification of one or both certified issues; and
17  WHEREAS, Defendants and Plaintiffs propose the following:  A stay of the proceedings
18  before this Court should be entered pending resolution of the parties' petitions by the Ninth
19  Circuit Court of Appeals, either through an order declining to accept certification of both issues
20  or a ruling on the appeal of one or both issues.
21  THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that a stay
22  of the proceedings before this Court should be entered pending resolution of the parties' petitions
23  by the Ninth Circuit Court of Appeals, either through an order declining to accept certification of
24  both issues or a ruling on the appeal of one or both issues.
25  **IT IS SO STIPULATED.**
26
27
28

| | |
|---|---|
| Dated: August 23, 2016 | ARTURO J. GONZÁLEZ<br>CAITLIN SINCLAIRE BLYTHE<br>MORRISON & FOERSTER LLP |
| | By: /s/ *Arturo J. González*<br>ARTURO J. GONZÁLEZ |
| | Attorney for Raul Barajas and Elva Barajas |
| Dated: August 23, 2016 | SCOTT LEWIS<br>DAVID F. BEACH<br>PERRY, JOHNSON, ANDERSON, MILLER &<br>MOSKOWITZ LLP |
| | By: */s/ Scott Lewis*<br>SCOTT LEWIS |
| | Attorney for City of Rohnert Park |

FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Arturo J. González, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Stipulation and [Proposed] Order Seeking Stay of Proceedings Pending Decision From Ninth Circuit Court of Appeals Regarding the Parties' Petitions for Appeal Under 28 U.S.C. § 1292(b)*** and that the above-referenced signatory to this stipulation has conferred in this filing.

*/s/ Arturo J. González*

**IT IS SO ORDERED.**

Dated: __August 24,__ , 2016  _____

Hon. Maria-Elena James

sf-3687450