DAVID F. BEACH, ESQ. (SBN 127135)
SCOTT A. LEWIS, ESQ. (SBN 149094)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Defendants
CITY OF ROHNERT PARK, JACY TATUM, DAVID RODRIGUEZ, MATTHEW SNODGRASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department,<br><br>Defendants. | Case No. 3:14-cv-05157 SK<br>Honorable Judge Sallie Kim<br><br>**DEFENDANTS' MOTION IN LIMINE NO. 3 RE: EXCLUDING ANY EVIDENCE, TESTIMONY, INCLUDING HEARSAY OR CONCLUSIONS OR ARGUMENT REGARDING THE POST 2014 EMPLOYMENT PERIOD OF SERGEANT JACY TATUM**<br><br>Pre-Trial Conference<br>DATE:   August 24, 2018<br>TIME:   1:30 P.M.<br>CTRM:  A, 15th Floor<br><br>Trial<br>DATE:   October 23, 2018<br>TIME:   9:30 A.M.<br>CTRM:  A, 15th Floor |

## I. PRELIMINARY STATEMENT

Defendants CITY OF ROHNERT PARK, JACY TATUM, DAVID RODRIGUEZ, MATTHEW SNODGRASS, (hereinafter "Defendants") move the Court for an Order in Limine, as follows:

## II. MOTION IN LIMINE NO. 3

MOTION TO EXCLUDE ANY EVIDENCE, TESTIMONY, INCLUDING HEARSAY OR CONCLUSIONS OR ARGUMENT REGARDING THE POST 2014 EMPLOYMENT PERIOD OF SERGEANT JACY TATUM.

### A. Pending Investigation & Lack of Any Confirmation and/or Administrative Action Taken to Date

Jacy Tatum was employed by the Rohnert Park Public Safety Department from approximately 2003 to approximately June 2018. He has resigned his employment for personal reasons. According to the local newspaper, The Press Democrat, Sergeant Tatum is being accused of performing vehicle stops outside of the jurisdiction of Rohnert Park. Allegations from the various articles range from missing cash and illegally seizing marijuana to questionable traffic stops and violation of department policies.

At the time of this writing, the allegations against Officer Tatum have all been contained in the newspapers and there have been no charges levied against him either criminally or administratively. The Rohnert Park Public Safety Department ("RPPSD") has begun a lengthy and complex investigation. At this time, the matter is currently being investigated with no decision being issued.

### B. Any Testimony or Attempt to Elicit Evidence Relating to a Pending Investigation Must be Excluded as Irrelevant and Prejudicial

Federal Rules of Evidence, Rule 403 excludes evidence "if its probative value is substantially outweighed by the danger of the unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." "Unfair prejudice" means "undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one." *United States v. Hankey*,

203 F.3d 1160, 1172 (9th Cir. 2000); *Larez v. City of Los Angeles*, 946 F.2d 630, 642 n.5 (9th Cir. 1991) [(noting that evidence is likely to inflame the jury if it tends to evoke a juror's anger or punitive impulses].

The pending investigation has nothing to do with the Plaintiffs, their son, the subject search at issue, or probation searches in general for that matter; it has absolutely nothing to do with the subject case and has no bearing on the issues before the Court. More importantly, the only known information comes from media coverage of an active investigation, where none of the allegations have been proven or confirmed. There is therefore no other possible purpose for bringing any reference of the pending investigation into evidence other than to confuse the issues and prejudice the Defendants, the result of which would not only waste time, but likely lead toward an appeal.

California State law recognizes the critical significance of protecting investigations from disclosure. Cal. Gov. Code § 6254(f). The investigation relating to Tatum involves other issues, officers, and general-based accusations into how the department runs. The broad-based consequences of bringing any such reference of this investigation before the jury risks not only confusion of issues, but unfounded prejudice against Tatum. Should the jury hear that there is an investigation into accusations of alleged wrongdoing by Tatum, and that he is no longer working for the RPPSD, they will consider unproven allegations as evidence that Tatum must have been wrong in the present case- despite the lack of any connection. Further, any reference to the ongoing investigation risks the proper completion of same and could have tremendous damage to the end determination and findings. Admission of testimony or evidence regarding this ongoing and irrelevant investigation and Tatum's current employment status therefore must be excluded.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

### III. CONCLUSION

Based on the foregoing, Defendants request that Plaintiffs' counsel be ordered not to ask questions or elicit testimony regarding the employment status or pending investigation of Jacy Tatum.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: July 25, 2018          By: */s/ Scott A. Lewis*
                                   DAVID F. BEACH
                                   SCOTT A. LEWIS
                                   Attorneys for Defendants
                                   CITY OF ROHNERT PARK, JACY
                                   TATUM, DAVID RODRIGUEZ,
                                   MATTHEW SNODGRASS