1  ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
2  CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
CBlythe@mofo.com
3  MORRISON & FOERSTER LLP
425 Market Street
4  San Francisco, California  94105-2482
Telephone: 415.268.7000
5
Attorneys for Plaintiffs
6  RAUL BARAJAS
ELVA BARAJAS
7
[*Additional counsel on signature page*]
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  RAUL BARAJAS and              Case No. 3:14-cv-05157 SK
    ELVA BARAJAS,
14                               **THE PARTIES' PROPOSED
                    Plaintiffs,   ALTERNATIVE JURY
15                               INSTRUCTION REGARDING
         v.                       JUDICIAL NOTICE**
16
    CITY OF ROHNERT PARK, a municipal   Judge:   Hon. Sallie Kim
17  corporation; and JACY TATUM, DAVID   Dept.:   Courtroom C, 15th Floor
    RODRIGUEZ and MATTHEW SNODGRASS,   Trial Date:  October 24, 2018
18  officers with the City of Rohnert Park Police
    Department,
19
                    Defendants.
20

21        At the October 9, 2018 jury instruction conference, the Court ordered the parties to meet

22  and confer regarding the jury instruction addressing judicial notice.  The parties have done so and

23  are close to agreement, but are not in agreement with respect to including the offense date and

24  case number (which Plaintiffs believe are not relevant) and submit alternate versions of the

25  judicial notice instruction in this single filing.

26        Plaintiffs' preference is to use the jury instruction on judicial notice that Plaintiffs

27  submitted with their Amended Separate [Proposed] Jury Instructions September 13, 2018.  (ECF

28  No. 194 at 4.)  If the Court is inclined to include additional information, to include the terms of

1   Edgar Perez's terms of probation, Plaintiffs propose that the Court give the instruction Plaintiffs

2   include in this filing.

1   **PLAINTIFFS' ALTERNATE INSTRUCTION REGARDING JUDICIAL NOTICE**

2        The court has decided to accept as true the following facts:

3        On August 29, 2012, Edgar Perez pled *nolo contendere* (no contest) to California Penal Code

4   section 148(a)(1), resisting arrest, a misdemeanor.  Thus, he was convicted of this offense.

5        His probation term was as follows:

6        Be of good conduct and obey all laws.

7        Submit to a warrantless search and seizure of person, property, or vehicle at any time of

8   the day or night.

9        Submit to warrantless search/seizure of residence any time of the day or reasonable hour

10   of the night by any probation/law enforcement officer.

11        Do not possess or use controlled substances or associated paraphernalia without valid

12   prescription.

13        On August 29, 2012, Edgar Perez pled *nolo contendere* (no contest) to California Health and

14   Safety Code section 11550(a), which proscribes use or being under the influence of a controlled

15   substance, a misdemeanor. Thus, he was convicted of this offense.

16        He was subject to the probation terms stated above.

17        On May 2, 2013, Edgar Perez pled guilty to California Health and Safety Code section

18   11377(a), possession of a controlled substance, a felony. Thus, he was convicted of this offense.

19        He was subject to the probation terms stated above.

20        You must accept these facts as true.

## **DEFENDANTS' ALTERNATE INSTRUCTION REGARDING JUDICIAL NOTICE**

The court has decided to accept as true the following facts:

On August 29, 2012, Edgar Perez pled *nolo contendere* (no contest) to California Penal Code section 148(a)(1), resisting arrest, a misdemeanor, Offense Date November 12, 2010, Case Number SCR-593167. Thus, he was convicted of this offense.

Edgar Perez was given a 36-month conditional sentence with terms as follows:

Be of good conduct and obey all laws.

Submit to a warrantless search and seizure of person, property, or vehicle at any time of the day or night.

Submit to warrantless search/seizure of residence any time of the day or reasonable hour of the night by any probation/law enforcement officer.

Do not possess or use controlled substances or associated paraphernalia without valid prescription.

Edgar Perez conditional sentence ended August 29, 2015

On August 29, 2012, Edgar Perez pled *nolo contendere* (no contest) to California Health and Safety Code section 11550(a), which proscribes use or being under the influence of a controlled substance, a misdemeanor, Offense Date May 20, 2011, Case Number SCR-604798 Thus, he was convicted of this offense.

Edgar Perez was given a 36-month conditional sentence with identical terms as stated above except this sentence ended October 17, 2015

On May 5, 2013, Edgar Perez pled guilty to California Health and Safety Code section 11377(a), possession of a controlled substance, a felony, Offense Date June 23, 2012, Case Number SCR 620381. Thus, he was convicted of this offense.

Edgar Perez was given a 36-month conditional sentence with identical terms as stated above except this sentence ended May 2, 2016.

You must accept these facts as true.

1  Dated: October 15, 2018                    MORRISON & FOERSTER LLP

2

3                                      By:    /s/ Arturo J. González
                                                ARTURO J. GONZÁLEZ
4
                                             Attorneys for Plaintiffs
5                                            RAUL BARAJAS,
                                             ELVA BARAJAS
6

7

8  DATED: October 15, 2018          By:     PERRY, JOHNSON, ANDERSON, MILLER
                                             & MOSKOWITZ, LLP
9

10                                            /s/ Scott Lewis
                                             DAVID F. BEACH
11                                           SCOTT A. LEWIS
                                             Attorneys for Defendants
12                                           CITY OF ROHNERT PARK JACY TATUM,
                                             DAVID RODRIGUEZ and MATTHEW
13                                           SNODGRASS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28