UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF ROHNERT PARK, et al., <br><br>  Defendants. | Case No. 14-cv-05157-SK <br><br> **COURT'S INTENDED VOIR DIRE** |

The parties are HEREBY NOTIFIED that the following constitutes the Court's Intended Voir Dire.

**IT IS SO ORDERED**.

Dated: October 16, 2018

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge

**STATEMENT OF THE CASE**

This case involves the search of a home and whether that search was reasonable under the Fourth Amendment to the U.S. Constitution and state law. Plaintiffs are Raul and Elva Barajas who live in Rohnert Park California. Edgar Horacio Perez is Plaintiffs' son.

On November 4, 2014, at 4:52 p.m., three Officers of the Rohnert Park Police Department, Jacy Tatum, David Rodriguez, and Matthew Snodgrass, went to Plaintiffs' home.

The Officers searched Plaintiffs' home for Edgar Perez, who was on probation, and did not find him.

**QUESTIONS**

1. Have any of you heard or read anything about the case?
2. As I said, my name is Sallie Kim. Do any of you know me?
3. My courtroom deputy is Melinda Lozenski and my Law Clerks are Melissa Goldberg and Susan Condon. Do any of you know any of these people?
4. Plaintiffs are Raul and Elva Barajas. They are being represented by Arturo J. Gonzalez and Caitlin Sinclaire Blythe with the law firm of Morrison & Foerster LLP.
   a. Are any of you familiar with or do any of you know either Plaintiff or their counsel?
   b. Have any of you been represented by or had any business dealing with any of these attorneys or this law firm?
5. The Defendants are Jacy Tatum, David Rodriguez, and Matthew Snodgrass from the Rohnert Park Police Department. They are being represented by David Fernando Beach, Oscar Amor Pardo, and Scott A. Lewis with the law firm of Perry Johnson Anderson Miller & Moskowitz LLP.
   a. Are any of you familiar with or do any of you know either Plaintiff or their counsel?
   b. Have any of you been represented by or had any business dealing with any of these attorneys or this law firm?

6. The Defendants are Jacy Tatum, David Rodriguez, and Matthew Snodgrass from the Rohnert Park Police Department. They are being represented by David Fernando Beach, Oscar Amor Pardo, and Scott A. Lewis with the law firm of Perry Johnson Anderson Miller & Moskowitz LLP.

   a. Are any of you familiar with or do any of you know either Plaintiff or their counsel?

   b. Have any of you been represented by or had any business dealing with any of these attorneys or this law firm?

7. During trial, the parties may call the following witnesses: Lorena Barajas, Chief Brian, Masterson, Sergeant Jeffrey Justice, and Edgar Perez. Are any of you familiar with or know any of these potential witnesses?

8. Do you have any belief or feelings towards any of the parties, lawyers, or witnesses that would make it difficult for you to be fair and impartial?

9. Have you, or any friend or relative, ever worked in law enforcement?

10. Do any of you believe that there are too many lawsuits?

11. Do you think there are too many lawsuits against law enforcement agencies for misconduct by police officers? If yes, please explain.

12. Do any of you believe that amounts awarded by juries are too high?

13. Do any of you believe that damages should not be awarded for emotional distress?

14. Do any of you believe that people who commit a crime have no rights?

15. If the evidence warrants it, would you be willing to return a verdict against police officers?

16. Have you had any training, courses or work experience in law enforcement, criminal justice, administration of justice or law? If yes, please describe.

17. What are your impressions of the television coverages of police tactics?

18. Have you watched television coverage of police tactics or interactions which you believe are unfair?

19. Do you believe that police are inherently racist?

20. Have you complained about police treatment that you experienced?

3

21. Have any of you, your immediate family members, or close friends ever had a negative encounter or experience with a public safety officer or public safety department?

22. Have any of you, your immediate family members, or close friends ever been on probation of any kind?

23. If selected as a juror, you may have to resolve conflicts in the testimony of witnesses. This means you may have to decide to believe all or part of a witness's testimony. Do any of you feel that is something you cannot do?

24. If selected as a juror, you will need to render a verdict solely based on the evidence presented at trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law. Is there anyone who thinks they will be unable to do that?

25. Having heard the questions put to you by the court, can any of you think of any other reason why you could not sit on this jury and render a fair verdict based on the evidence presented at trial and in the context of the Court's instructions to you on the law?

26. Do you have anything you would like to bring to the court's attention (e.g. health problems, hearing or vision problems, language difficulties, personal bias, financial problems, etc.) that might affect your ability to be an effective, fair and impartial juror?

27. One of the instructions that I will give you is that throughout the course of this trial, you cannot do your own research on the computer, you cannot Google the names of any of the witnesses, you cannot text, tweet or talk about being on the jury on Facebook or any other social media outlet. Do any of you think that that will be difficult for you to follow that instruction? If you failed to failed to follow that instruction, we might have to do the entire trial all over again. So, I am asking you now if that would be at all problematic for you?