UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>  Defendants. | Case No. 14-cv-05157-SK<br><br>**ORDER DENYING DEFENDANTS' RECONSIDERATION REQUEST**<br><br>Regarding Docket No. 223 |

On October 16, 2018, Defendants filed a "Brief for Reconsideration." The Court DENIES this request on both procedural grounds (for failure to file a motion seeking leave to file a motion for reconsideration) and on the merits.

**IT IS SO ORDERED**.

Dated: October 16, 2018

_____
SALLIE KIM
United States Magistrate Judge