1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
   CBlythe@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5
   Attorneys for Plaintiffs
6  RAUL BARAJAS
   ELVA BARAJAS
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12
   RAUL BARAJAS and                    Case No. 3:14-cv-05157 SK
13 ELVA BARAJAS,
                                       **ORDER ALLOWING**
14              Plaintiffs,            **EQUIPMENT THROUGH**
                                       **SECURITY AND  PERMITTING**
15       v.                            **USE IN THE COURTROOM**

16 CITY OF ROHNERT PARK, a municipal   **[JURY TRIAL DEMANDED]**
   corporation; and JACY TATUM, DAVID
17 RODRIGUEZ and MATTHEW SNODGRASS,    Judge:   Hon. Sallie Kim
   officers with the City of Rohnert Park  Dept.:   Courtroom D, 15th Floor
18 Police Department,                  Trial Date:  October 23, 2018

19              Defendants.

20

21

22

23

24

25

26

27

28

**NOTICE AND ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**

TO THE CLERK OF THE COURT:

Pursuant to General Order No. 58, Plaintiffs Raul Barajas and Elva Barajas ("Plaintiffs"), through their undersigned counsel, hereby request permission to bring electronic equipment through security and into Courtroom D on Monday, October 22, 2018 for use at the trial commencing the following day.

NOW THEREFORE, IT IS HEREBY ORDERED:

1.      The Plaintiffs and their attorneys, paralegals, assistants, and consultants may bring the following equipment through security and into the courtroom for use during the trial commencing on Tuesday, October 23, 2018:

        a.  Two presentation laptops

        b.  Portable printer/scanner

        c.  Portable monitor

        d.  Tech table

        e.  Adapters, Power Strip and Cabling

2.      Beginning at 11:00 a.m. on Monday, October 22, 2018, the Plaintiffs may have access to the courtroom to set up and test the above equipment so that the Plaintiffs will be prepared to proceed with the trial as scheduled.

Dated: October 18, 2018

MORRISON & FOERSTER LLP


By: /s/ *Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorney for Raul Barajas and Elva Barajas

IT IS SO ORDERED.

Dated: October 19, 2018

_____
HON. SALLIE KIM
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28