DAVID F. BEACH, ESQ. (SBN 127135)
SCOTT A. LEWIS, ESQ. (SBN 149094)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Defendants
CITY OF ROHNERT PARK, JACY TATUM, DAVID RODRIGUEZ, MATTHEW SNODGRASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department,<br><br>Defendants.<br>_____/ | Case No.  3:14-cv-05157 SK<br>Honorable Judge Sallie Kim<br><br>**DEPOSITION DESIGNATIONS FOR JACEY TATUM**<br><br>Trial<br>DATE:     October 23, 2018<br>TIME:      9:30 A.M.<br>CTRM:    C, 15th Floor |

Defendants hereby designate the following pages from the deposition of Jacey Tatum, taken on April 2, 2015:

    5:20-23

    6:4-18

    7:9-24

    9:3-15

    10:1-10

| | |
|---|---|
| 1 | 11:24-12:1 |
| 2 | 12:4-14 |
| 3 | 12:17-25 |
| 4 | 13:18-14:16 |
| 5 | 14:22-15:8 |
| 6 | 16:13-21 |
| 7 | 17:14-16 |
| 8 | 17:21-25 |
| 9 | 19:4-10 |
| 10 | 21:12-16 |
| 11 | 27:10-12 |
| 12 | 28:25-29:11 |
| 13 | 34:24-35:2 |
| 14 | 42:2-14 |
| 15 | 49:6-13 |
| 16 | 50:25-51:10 |
| 17 | 51:14-23 |
| 18 | 52:1-7 |
| 19 | 52:24-53:4 |
| 20 | 54:12-18 |
| 21 | 55:13-56:13 |
| 22 | 57:13-58:16 |
| 23 | 63:1-5 |
| 24 | 63:11-25 |
| 25 | 66:25-67:4 |
| 26 | 67:18-68-10 |
| 27 | 68:18-19 |
| 28 | |

1 | 70:9-71:2
2 | 72:25-73:6
3 | 76:16-24
4 | 77:10-17
5 | 80:10-21
6 | 108:24-109:3
7 | 112:17-113:5
8 | 113:11-114:16
9 | 114:21-115:4
10 | 116:16-117-7
11 | 117:13-16
12 | 132:14-133:1

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: October 21, 2018        By:   */s/* Scott A. Lewis
                                     DAVID F. BEACH
                                     SCOTT A. LEWIS
                                     Attorneys for Defendants
                                     CITY OF ROHNERT PARK, JACY
                                     TATUM, DAVID RODRIGUEZ,
                                     MATTHEW SNODGRASS