1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7   RAUL BARAJAS, et al.,                          Case No.  14-cv-05157-SK

8                          Plaintiffs,

9             v.                                   **ORDER DENYING REQUEST TO
                                                   CONTINUE TRIAL**
10  CITY OF ROHNERT PARK, et al.,

11                        Defendants.              Regarding Docket No. 229

12          On October 19, 2018, Defendants filed an emergency motion to continue trial of October

13  23, 2018, because a key defense witness who is not a party to this action is not available to testify.

14  As discussed on a conference call with the parties on October 20, 2018, the Court DENIES the

15  motion to continue the trial start date.

16          According to defense counsel, the witness is helping an elderly parent move into an

17  assisted living facility in New Jersey, but the witness has other adult siblings, and the elderly

18  parent has no immediate medical emergency.  Plaintiffs oppose the request to continue the trial

19  because one of Plaintiffs' key lawyers is pregnant and scheduled to take maternity leave in mid-

20  November 2018.

21          The Court is willing to consider several alternative ways to enable Defendants' witness to

22  testify, such as allowing testimony by videoconference or concluding with trial with only the final

23  witness to testify at the end of November when defense counsel represents that the witness will be

24  available.

25          The Court is concerned that Plaintiffs filed this suit on November 21, 2014 and have

26  waited almost four years for trial.  Given the Court's schedule, a continuance would require a

27  delay of six months before another trial date.  After considering the competing factors of the

28  Plaintiffs' need to resolve this case in a timely manner with counsel of their choosing and the

United States District Court
Northern District of California

1   needs of Defendants to present their witnesses, along with the possible compromises noted above,

2   the Court concludes that a continuance would not further the ends of justice.

3       **IT IS SO ORDERED**.

4   Dated: October 22, 2018



5   _____

6   SALLIE KIM
    United States Magistrate Judge

United States District Court
Northern District of California