ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
CBlythe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
RAUL BARAJAS
ELVA BARAJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS,<br><br>  Plaintiffs,<br><br> v.<br><br> CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department,<br><br>  Defendants. | Case No. 3:14-cv-05157 SK<br><br>**PLAINTIFFS' DESIGNATIONS OF TATUM DEPOSITION**<br><br>Judge:  Hon. Sallie Kim<br>Dept.:  Courtroom C, 15th Floor<br>Trial Date:  October 23, 2018 |

This past Saturday, three days before the start of trial, Defendants' counsel advised Plaintiffs' counsel and the Court for the first time that Defendant Jacy Tatum may not appear at trial. As a result, we will read the following designations from Mr. Tatum's deposition, taken on April 2, 2015.

  5:9-11

  6:1-3

  13:7-10

  23:13-15

| | |
|---|---|
| 1 | 24:1-3 |
| 2 | 28:7-9 |
| 3 | 28:18:19, 23 |
| 4 | 41:10-42:14 |
| 5 | 47:12-17 |
| 6 | 48:8-10 |
| 7 | 59:16-60:8 |
| 8 | 64:17-65:8 |
| 9 | 66:3-8 |
| 10 | 68:11-17 |
| 11 | 68:20-25 |
| 12 | 72:22-73:9 |
| 13 | 84:9-11 |
| 14 | 94:7-13 |
| 15 | 94:21-23 |
| 16 | 110:22-111:3 |
| 17 | 113:11-114:1 |
| 18 | 115:23-116:15 |
| 19 | 154:19-155:5 |
| 20 | 156:2-5 |

Dated: October 22, 2018                    MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
      ARTURO J. GONZÁLEZ

Attorney for Plaintiffs
RAUL BARAJAS,
ELVA BARAJAS

PLAINTIFFS' DESIGNATIONS OF TATUM DEPOSITION
CASE NO. 3:14-CV-05157 SK
sf-3954247

2