```
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
CBlythe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
RAUL BARAJAS
ELVA BARAJAS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department, <br><br> Defendants. | Case No. 3:14-cv-05157 SK <br><br> **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TATUM DESIGNATIONS** <br><br> Judge:  Hon. Sallie Kim <br> Dept.:  Courtroom C, 15th Floor <br> Trial Date:  October 23, 2018 |

Plaintiffs object to Defendants' designations of deposition testimony from Defendant Jacy Tatum (Doc 231).  Defendants have made no showing of good faith efforts to procure Defendant Tatum's testimony for trial.  It is Defendants burden to show make this showing.  *See Reese v. Cty. of Sacramento*, 888 F.3d 1030, 1048 (9th Cir. 2018).

In addition to this general objection, Plaintiffs make the following specific objections to the excerpts designated by Defendants.  Many of them pertain to allegations that Edgar Perez was a gang member, which violate this Court's *in limine* ruling (Doc 189 at 2 ["Only a witness who reported that Edgar Perez can testify that he heard the statement, from Edgar Perez, that he (Edgar

Perez) was a member of a gang. . . . Defendants may not testify as expert witnesses to state that tattoos or clothing or other physical indicia proves that Edgar Perez was a gang member"]).

The specific objections are as follows:

1. 11:24-12:1 (probably a typo; this is a lawyer objection).

2. 13:23 ("he was an active gang member"). No foundation, expert opinion, violates Court's *in limine* ruling regarding gang testimony, 352.

3. 14:7-12 ("he has gang tattoos. He's been involved with gangs ever since I first saw him"). No foundation, expert opinion, violates Court's *in limine* ruling regarding gang tattoos and testimony, 352.

4. 14:23-15:1 (Nortenos and red clothing). No foundation, expert opinion, violates Court's *in limine* ruling regarding gang tattoos and testimony, 352.

5. 16:13-21 (computer alert system says Edgar in a gang [**no such records have been produced**]). Best evidence, hearsay regarding what the alert system says, no foundation, expert opinion, violates Court's *in limine* ruling regarding gang testimony, 352.

6. 54:12-18 (probation instructions on searches): Hearsay.

7. 63:18 ("Officers have been killed"): 352; no foundation, hearsay.

8. 76:16-24. Legal conclusion.

9. 112:17-113:4 (Edgar an alleged drug dealer per "professional opinion" of other officers). Hearsay, 352, no foundation.

Dated: October 22, 2018        MORRISON & FOERSTER LLP


By:  */s/ Arturo J. González*
     ARTURO J. GONZÁLEZ

     Attorney for Plaintiffs
     RAUL BARAJAS,
     ELVA BARAJAS