# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** October 25, 2018    **Time:** 5 hours, 1 minute    **Judge:** SALLIE KIM

**Case No.:** 14-cv-05157-SK    **Case Name:** Barajas v. City of Rohnert Park

**Attorneys for Plaintiffs:** Arturo Gonzalez; Caitlin Blythe; Alexis Amezcua
**Attorneys for Defendants:** Scott Lewis; Oscar Pardo

**Deputy Clerk:** Melinda K. Lozenski    **Court Reporter:** Vicki Eastvold/Katherine Sullivan

**TRIAL BEGAN:** 10/23/2018    **FURTHER TRIAL:** 10/30/2018

## PROCEEDINGS

Jury Trial - held.

## SUMMARY

See attached Trial Log.

**EXHIBITS:** Plaintiffs' 2, 3, 4, 5, 6, 7, 8, 9, 10

**WITNESSES:** Lorena Barajas, Raul Barajas, Elva Barajas