UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 14-cv-05157-SK
Case Name: Barajas v. City of Rohnert Park

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Arturo Gonzalez; Caitlin Blythe; Alexis Amezcua | DEFENSE ATTORNEY: Scott Lewis; Oscar Pardo |
|---|---|---|
| TRIAL DATE: October 25, 2018 | REPORTER(S): Vicki Eastvold/Katherine Sullivan | CLERK: Melinda K. Lozenski |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:35 AM | | | The Court meets with counsel off the record. | |
| | | 8:37 AM | | | Court convenes with counsel only. Preliminary matters discussed. | |
| | | 8:48 AM | | | Court is in recess until the jury arrives. | |
| | | 9:30 AM | | | Court reconvenes; parties (except Defendant Tatum) and jury are present. | |
| | | 9:31 AM | | | Portion of video deposition of CHIEF BRIAN MASTERSON played. | |
| | | 9:35 AM | | | Plaintiffs call LORENA BARAJAS who is sworn and testifies under direct examination by Ms. Amezcua. | |
| 2 | | 9:40 AM | X | X | Photograph of Barajas Home (front) | P |
| 3 | | | X | X | Photograph of Barajas Home (front) | P |
| 4 | | | X | X | Photograph of Barajas Home (side gate) | P |
| 6 | | | X | X | Photograph of Barajas Home (back sliding door) | P |
| 7 | | | X | X | Photograph of Barajas Home (interior, kitchen 1) | P |
| 8 | | | X | X | Photograph of Barajas Home (interior kitchen 2) | P |
| 9 | | | X | X | Photograph of Barajas Home (interior, living room) | P |
| 10 | | | X | X | Photograph of Barajas Home (interior front entrance) | P |
| | | 9:55 AM | | | Sidebar. | |
| | | 9:56 AM | | | Direct examination of LORENA BARAJAS by Ms. Amezcua continues. | |
| | | 10:10 AM | | | Cross-examination of LORENA BARAJAS by Mr. Lewis. | |
| | | 10:20 AM | | | Sidebar. | |
| | | 10:23 AM | | | Cross-examination of LORENA BARAJAS by Mr. Lewis continues. | |
| | | 10:40 AM | | | Witness is thanked and excused. | |
| | | 10:42 AM | | | Court recesses for morning break. | |

| | | Time | | | Description | |
|---|---|---|---|---|---|---|
| | | 11:06 AM | | | Court reconvenes; parties (except Defendant Tatum) and jury are present. Certified Spanish interpreter Andre Moskowitz is sworn. Plaintiffs call RAUL BARAJAS who is sworn and testifies under direct examination by Ms. Blythe with the assistance of the Spanish interpreter. | |
| | | 11:35 AM | | | Cross-examination of RAUL BARAJAS by Mr. Pardo. | |
| | | 12:15 PM | | | Jury recesses for lunch. | |
| | | 12:16 PM | | | Court recesses for lunch. | |
| | | 1:20 PM | | | Court reconvenes; parties (except Defendant Tatum) and jury are present. Cross-examination of RAUL BARAJAS by Mr. Pardo Continues. | |
| | | 1:23 PM | | | Court recesses. | |
| | | 1:31 PM | | | Court reconvenes; parties (except Defendant Tatum) and jury are present. Cross-examination of RAUL BARAJAS by Mr. Pardo Continues. | |
| | 21 | 1:42 PM | X | | Incident Report dated 9/6/04 | D |
| | | 1:43 PM | | | Sidebar. | |
| | | 1:46 PM | | | Cross-examination of RAUL BARAJAS by Mr. Pardo Continues. | |
| | | 2:07 PM | | | Re-direct examination RAUL BARAJAS by Ms. Blythe. | |
| 5 | | | X | X | Photograph of Barajas Home (side walkway) | P |
| | | 2:19 PM | | | Witness is thanked and excused. Plaintiffs call ELVA BARAJAS who is sworn and testifies under direct examination by Ms. Amezcua with the assistance of the Spanish interpreter. | |
| | | 2:42 PM | | | Jury recesses for afternoon break. Court discusses scheduling issues. | |
| | | 2:45 PM | | | Court is in recess. | |
| | | 3:03 PM | | | Court reconvenes; parties (except Defendant Tatum) and jury are present. Trial schedule discussed with the jury. Direct examination of ELVA BARAJAS by Ms. Amezcua continues. | |
| | | 3:23 PM | | | Cross-examination of ELVA BARAJAS by Mr. Lewis. | |
| | | 3:53 PM | | | Sidebar. | |
| | | 3:55 PM | | | Cross-examination of ELVA BARAJAS by Mr. Lewis continues. | |
| | | 4:13 PM | | | Jury is in recess until 10/30/2018 at 9:30 AM. Off the record discussion with counsel regarding finalizing jury instructions. | |
| | | 4:16 PM | | | Court is in recess until tomorrow 10/26/2018 at 1:00 PM for charging conference with counsel. | |