UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05157-SK<br><br>**COURT'S INTENDED SPECIAL VERDICT FORM** |

### QUESTION ONE

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the search of the Barajas home unreasonable by

　　A) Officer Tatum　　　　**Yes** \_\_\_\_\_　　**No** \_\_\_\_\_

　　B) Officer Rodriguez　　**Yes** \_\_\_\_\_　　**No** \_\_\_\_\_

　　C) Officer Snodgrass　　**Yes** \_\_\_\_\_　　**No** \_\_\_\_\_

**Please proceed to Question 2.**

### QUESTION TWO

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of that Officer Tatum's manner of entry was into the Barajas' home unreasonable?

　　　　**Yes** \_\_\_\_\_　　**No** \_\_\_\_\_

**Please proceed to Question 3.**

///

///

///

///

## QUESTION THREE

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the motivating factor for any of the officers for the search was harassment?

    A) Officer Tatum                    **Yes \_\_\_\_\_     No \_\_\_\_\_**

    B) Officer Rodriguez              **Yes \_\_\_\_\_     No \_\_\_\_\_**

    C) Officer Snodgrass              **Yes \_\_\_\_\_     No \_\_\_\_\_**

**If you answer "yes" to Question 1, 2, or 3, please proceed to Question 4. Otherwise, please skip to Question 5.**

## QUESTION FOUR

Does the City of Rohnert Park have a policy, practice or custom that was the motivating force of the Fourth Amendment violation?

                **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 5.**

## QUESTION FIVE

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the search was conducted in an unreasonable manner?

    A) Officer Tatum                    **Yes \_\_\_\_\_     No \_\_\_\_\_**

    B) Officer Rodriguez              **Yes \_\_\_\_\_     No \_\_\_\_\_**

    C) Officer Snodgrass              **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 6.**

## QUESTION SIX

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the motivating factor for any of the officers for the search was harassment?

    D) Officer Tatum                    **Yes \_\_\_\_\_     No \_\_\_\_\_**

    E) Officer Rodriguez            **Yes \_\_\_\_\_     No \_\_\_\_\_**

    F) Officer Snodgrass            **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 7.**

## QUESTION SEVEN

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants violated Plaintiffs' right to privacy under the California Constitution?

    A) Officer Tatum           **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

    B) Officer Rodriguez      **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

    C) Officer Snodgrass      **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

**Please proceed to Question 8.**

## QUESTION EIGHT

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants were negligent in performing the search of Barajas' home?

    A) Officer Tatum           **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

    B) Officer Rodriguez      **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

    C) Officer Snodgrass      **Yes** \_\_\_\_\_    **No** \_\_\_\_\_

**If you answered "yes" for any Defendant in Questions 1 through 8, please proceed to Question 9. If you answered "no" for all Defendants in Questions 1 through 8, please stop here and sign the verdict form.**

## QUESTION NINE

What damages should be awarded to Plaintiffs?

    **Elva Barajas**           $_____

    **Raul Barajas**           $_____

**If you answered "yes" to Question 9 for any Defendant, please proceed to Question 10. If you answered "no" to Question 9 for all Defendants, please stop here and sign the verdict form.**

///

///

### QUESTION TEN

Should punitive damages be awarded against any of the following Defendants:

| | | |
|---|---|---|
| **Jacy Tatum** | Yes _____ | No_____ |
| **David Rodriguez** | Yes _____ | No_____ |
| **Matthew Snodgrass** | Yes _____ | No_____ |

**If you answered "yes" to Question 10 for any Defendant, please proceed to Question 11.  If you answered "no" to Question 10 for all Defendants, please stop here and sign the verdict form**.

### QUESTION ELEVEN

For any Defendant that you answered "yes" to in Question 10, how much should be awarded in punitive damages?

| | |
|---|---|
| **Jacy Tatum** | $_____ |
| **David Rodriguez** | $_____ |
| **Matthew Snodgrass** | $_____ |

_____               _____

(Signature of jury foreperson)                                              Date

**IT IS SO ORDERED**.

Dated: October 26, 2018

*Sallie Kim*
_____

SALLIE KIM
United States Magistrate Judge