UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** October 26, 2018        **Time:** 46 minutes        **Judge:** SALLIE KIM

**Case No.**: 14-cv-05157-SK        **Case Name:** Barajas v. City of Rohnert Park

**Attorneys for Plaintiffs:** Arturo Gonzalez; Caitlin Blythe
**Attorneys for Defendants:** Scott Lewis

**Deputy Clerk:** Melinda K. Lozenski        **Court Reporter:** Vicki Eastvold

**TRIAL BEGAN:** 10/23/2018        **FURTHER TRIAL:** 10/30/2018

## PROCEEDINGS

Charging Conference - held.

## SUMMARY

Court addresses portion of video deposition of Chief Masterson being made part of the record and stipulation that was read during testimony on 10/25/2018.

Discussion held regarding verdict form and jury instructions.

Counsel shall file any further comments/objections on the proposed verdict form by Monday 10/29/2018 at 9:00 AM.

**EXHIBITS:**

**WITNESSES:**