1   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
2   CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
    CBlythe@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5
    Attorneys for Plaintiffs
6   RAUL BARAJAS
    ELVA BARAJAS
7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| RAUL BARAJAS and ELVA BARAJAS, | Case No. 3:14-cv-05157 SK |
| Plaintiffs, | **PLAINTIFFS' BENCH BRIEF IN SUPPORT OF PLAINTIFFS' PROPOSED AMENDED SPECIAL VERDICT FORM** |
| v. | Judge:   Hon. Sallie Kim |
| CITY OF ROHNERT PARK, a municipal corporation; and JACY TATUM, DAVID RODRIGUEZ and MATTHEW SNODGRASS, officers with the City of Rohnert Park Police Department, | Dept.:   Courtroom D, 15th Floor Trial Date:  October 23, 2018 |
| Defendants. | |

Plaintiffs object to the framing of the following questions set forth in the Court's Intended Special Verdict Form (ECF No. 249) and submit this bench brief in support of Plaintiffs' Proposed Amended Special Verdict Form.

**A.  Question Five:  Unreasonable Search Under the California Constitution**

The special verdict form should reflect that the California Constitution's protection from unreasonable searches is substantially equivalent to the Fourth Amendment.  Plaintiffs object to the Court's intended framing of Question Five, which asks whether the search "was conducted in an unreasonable manner" under the California Constitution.  Question Five should mirror the

1

1    same language as the Fourth Amendment (Question One) so as not to confuse the jury by

2    suggesting that different constitutional rights are at stake.  The Ninth Circuit has stated "the right

3    to be free from unreasonable searches under Art. I § 13 of the California Constitution parallels the

4    Fourth Amendment inquiry into the reasonableness of a search."  *Sanchez v. Cty. of San Diego*,

5    464 F.3d 916, 928-29 (9th Cir. 2006); *Cleaver v. Super. Ct.,* 24 Cal. 3d 297, 302 (1979) ("The

6    Fourth Amendment to the federal Constitution and article I, section 13, of the California

7    Constitution equally guarantee 'The right of the people to be secure in their persons, houses,

8    papers, and effects' against unreasonable searches and seizures.")  Thus, under both the Fourth

9    Amendment and the California Constitution, the jury must ask themselves the same question:

10    Was the search unreasonable?  Plaintiffs' Proposed Amended Special Verdict Form reflects this.

11              B. **Questions Four and Six:  Harassment**

12         Plaintiffs object to the framing of Questions Four and Six, which ask whether harassment

13    was "the motivating factor" of the search under the Fourth Amendment and the California

14    Constitution, respectively.  This language incorrectly suggests to the jury that there is a more

15    stringent standard to find liability for harassing searches than the law requires.  In California,

16    courts categorically prohibit "searches undertaken for harassment or searches for arbitrary or

17    capricious reasons."  *People v. Bravo*, 43 Cal. 3d 600, 610 (1987).  Likewise, federal courts have

18    stated that probation searches cannot be conducted for illegitimate reasons, such as harassment.

19    *United States v. King*, 736 F.3d 805, 810 (9th Cir. 2013).  Plaintiffs are aware of no California or

20    federal case—and Defendants have never identified one—requiring  harassment to be "the

21    motivating factor" for the search to be unreasonable.  Plaintiffs' Proposed Amended Special

22    Verdict Form omits this qualifying language.

23                          CONCLUSION

24         For the reasons stated above, the court should adopt Plaintiffs' Proposed Amended Special

25    Verdict form.

26

27

28

1   Dated: October 29, 2018                    MORRISON & FOERSTER LLP

2

3                                              By:   /s/ Arturo J. González
                                                    ARTURO J. GONZALEZ
4
                                               Attorney for Plaintiffs
5                                              RAUL BARAJAS,
                                               ELVA BARAJAS
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28