UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>        Defendants. | Case No. 14-cv-05157-SK<br><br>**COURT'S SPECIAL VERDICT FORM** |

### QUESTION ONE

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the search of the Barajas home unreasonable by

    A)  Officer Tatum                          **Yes** \_\_\_\_\_     **No** \_\_\_\_\_

    B)  Officer Rodriguez                 **Yes** \_\_\_\_\_     **No** \_\_\_\_\_

    C)  Officer Snodgrass                 **Yes** \_\_\_\_\_     **No** \_\_\_\_\_

**Please proceed to Question 2.**

### QUESTION TWO

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of that Officer Tatum's manner of entry was into the Barajas' home unreasonable?

                 **Yes** \_\_\_\_\_     **No** \_\_\_\_\_

**If you answered "yes" to Question 1 or 2, please proceed to Question 3.  Otherwise, please skip to Question 4.**

///

///

///

**QUESTION THREE**

Is the City of Rohnert Park liable for any Fourth Amendment violation?

**Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 4.**

**QUESTION FOUR**

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the primary purpose of any of the officers for the search was harassment?

A) Officer Tatum          **Yes \_\_\_\_\_     No \_\_\_\_\_**

B) Officer Rodriguez      **Yes \_\_\_\_\_     No \_\_\_\_\_**

C) Officer Snodgrass      **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 5.**

**QUESTION FIVE**

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the search was conducted in an unreasonable manner?

A) Officer Tatum          **Yes \_\_\_\_\_     No \_\_\_\_\_**

B) Officer Rodriguez      **Yes \_\_\_\_\_     No \_\_\_\_\_**

C) Officer Snodgrass      **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 6.**

**QUESTION SIX**

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the primary purpose for any of the officers for the search was harassment?

D) Officer Tatum          **Yes \_\_\_\_\_     No \_\_\_\_\_**

E) Officer Rodriguez      **Yes \_\_\_\_\_     No \_\_\_\_\_**

F) Officer Snodgrass      **Yes \_\_\_\_\_     No \_\_\_\_\_**

**Please proceed to Question 7.**

///

## QUESTION SEVEN

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants violated Plaintiffs' right to privacy under the California Constitution?

A) Officer Tatum           Yes _____      No _____

B) Officer Rodriguez       Yes _____      No _____

C) Officer Snodgrass       Yes _____      No _____

**Please proceed to Question 8.**

## QUESTION EIGHT

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants were negligent in performing the search of Barajas' home?

A) Officer Tatum           Yes _____      No _____

B) Officer Rodriguez       Yes _____      No _____

C) Officer Snodgrass       Yes _____      No _____

**If you answered "yes" for any Defendant in Questions 1 through 8, please proceed to Question 9.  If you answered "no" for all Defendants in Questions 1 through 8, please stop here and sign the verdict form.**

## QUESTION NINE

What damages should be awarded to Plaintiffs?

**Elva Barajas**           $_____

**Raul Barajas**           $_____

**If you answered "yes" to Question 9 for any Defendant, please proceed to Question 10.  If you answered "no" to Question 9 for all Defendants, please stop here and sign the verdict form.**

///

///

///

///

3

**QUESTION TEN**

Should punitive damages be awarded against any of the following Defendants:

| | | |
|---|---|---|
| **Jacy Tatum** | Yes \_\_\_\_\_ | No\_\_\_\_\_ |
| **David Rodriguez** | Yes \_\_\_\_\_ | No\_\_\_\_\_ |
| **Matthew Snodgrass** | Yes \_\_\_\_\_ | No\_\_\_\_\_ |

**If you answered "yes" to Question 10 for any Defendant, please proceed to Question 11. If you answered "no" to Question 10 for all Defendants, please stop here and sign the verdict form**.

**QUESTION ELEVEN**

For any Defendant that you answered "yes" to in Question 10, how much should be awarded in punitive damages?

| | |
|---|---|
| **Jacy Tatum** | $_____ |
| **David Rodriguez** | $_____ |
| **Matthew Snodgrass** | $_____ |

_____            _____

(Signature of jury foreperson)                                            Date