UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE  SALLIE KIM                     Case No. 14-cv-05157-SK

CASE NAME: Barajas v. City of Rohnert Park

NOTE FROM THE JURY

Note No. __1__

Date __Oct 31   Oct 31__

Time __12:06   1:06 pm__

**FILED**

OCT 31 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   If for 4th Amendment p. 28 of instruction under State Invasion of Privacy — by "harm" what does that mean? Harm as in violation of Right to privacy. Some mental or other harm

   _____
   Foreperson of the Jury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>    Defendants. | Case No. 14-cv-05157-SK<br><br>ANSWER TO JURY QUESTION NO. 1 |

Harm for invasion of privacy (page 28 of the Jury Instructions) means some type of harm the Plaintiffs suffered. The harm can be emotional distress or anguish.

**IT IS SO ORDERED.**

Dated: October 31, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE  SALLIE KIM                            Case No. 14-cv-05157-SK

CASE NAME: Barajas v. City of Rohnert Park

NOTE FROM THE JURY

Note No. __2__

Date __Oct 31__

Time _____

**FILED**

OCT 31 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

~~Norm - is it negligent for~~
Based on the jury instructions on pages 19-23, what is the Plaintiff's burden of proof to find the City of R.P. liable in this case? (Jury Question #3) Do they need to prove ALL of official policy, practice, or custom; and ratification; and failure to train? Or AT LEAST ONE of them?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>    Defendants. | Case No. 14-cv-05157-SK<br><br>ANSWER TO JURY QUESTION NO. 2 |

    The Plaintiffs' burden of proof for liability for Defendant the City of Rohnert Park is the preponderance of the evidence.

    Plaintiffs need only prove at least one method by which Defendant the City of Rohnert Park can be held liable – (1) official policy, practice or custom, or (2) ratification, or (3) failure to train. Plaintiffs are not required to prove all three of those issues to find Defendant the City of Rohnert Park liable.

    **IT IS SO ORDERED.**

Dated: November 1, 2018

                                                                       SALLIE KIM<br>
                                                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE  SALLIE KIM                                   Case No. 14-cv-05157-SK

CASE NAME: Barajas v. City of Rohnert Park

NOTE FROM THE JURY

Note No. 3

Date Nov. 1 2018

Time 12:21 pm

FILED
NOV 01 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict (✓)

    or

2. The Jury has the following question:

_____
_____
_____
_____
_____
_____

Foreperson of the Jury