FILED

NOV 0 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL BARAJAS, et al.,

            Plaintiffs,

    v.

CITY OF ROHNERT PARK, et al.,

            Defendants.

Case No.  14-cv-05157-SK

**SPECIAL VERDICT FORM**

**QUESTION ONE**

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the search of the Barajas home unreasonable by

    A)  Officer Tatum        **Yes** ✓    **No** _____

    B)  Officer Rodriguez    **Yes** ✓    **No** _____

    C)  Officer Snodgrass    **Yes** ✓    **No** _____

**Please proceed to Question 2.**

**QUESTION TWO**

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of that Officer Tatum's manner of entry was into the Barajas' home unreasonable?

         **Yes** ✓    **No** _____

**If you answered "yes" to Question 1 or 2, please proceed to Question 3.  Otherwise, please skip to Question 4.**

///

///

///

United States District Court
Northern District of California

### QUESTION THREE

Is the City of Rohnert Park liable for any Fourth Amendment violation?

Yes  ✓         No _____

**Please proceed to Question 4.**

### QUESTION FOUR

For their claim under the Fourth Amendment, did Plaintiffs prove by a preponderance of the evidence that the primary purpose of any of the officers for the search was harassment?

A) Officer Tatum              Yes _____     No  ✓
B) Officer Rodriguez          Yes _____     No  ✓
C) Officer Snodgrass          Yes _____     No  ✓

**Please proceed to Question 5.**

### QUESTION FIVE

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the search was conducted in an unreasonable manner?

A) Officer Tatum              Yes  ✓        No _____
B) Officer Rodriguez          Yes  ✓        No _____
C) Officer Snodgrass          Yes  ✓        No _____

**Please proceed to Question 6.**

### QUESTION SIX

For their claim of unreasonable search under the California Constitution, did Plaintiffs prove by a preponderance of the evidence that the primary purpose for any of the officers for the search was harassment?

D) Officer Tatum              Yes _____     No  ✓
E) Officer Rodriguez          Yes _____     No  ✓
F) Officer Snodgrass          Yes _____     No  ✓

**Please proceed to Question 7.**

///

**QUESTION SEVEN**

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants violated Plaintiffs' right to privacy under the California Constitution?

A) Officer Tatum          Yes __✓__     No _____

B) Officer Rodriguez      Yes _____     No __✓__

C) Officer Snodgrass      Yes _____     No __✓__

**Please proceed to Question 8.**

**QUESTION EIGHT**

Did Plaintiffs prove by a preponderance of the evidence that any of the individual defendants were negligent in performing the search of Barajas' home?

A) Officer Tatum          Yes __✓__     No _____

B) Officer Rodriguez      Yes _____     No __✓__

C) Officer Snodgrass      Yes _____     No __✓__

**If you answered "yes" for any Defendant in Questions 1 through 8, please proceed to Question 9.  If you answered "no" for all Defendants in Questions 1 through 8, please stop here and sign the verdict form.**

**QUESTION NINE**

What damages should be awarded to Plaintiffs?

**Elva Barajas**          $ __50,000__

**Raul Barajas**          $ __25,000__

**If you answered "yes" to Question 9 for any Defendant, please proceed to Question 10.  If you answered "no" to Question 9 for all Defendants, please stop here and sign the verdict form.**

///

///

///

///

## QUESTION TEN

Should punitive damages be awarded against any of the following Defendants:

| | | |
|---|---|---|
| **Jacy Tatum** | Yes ✓ | No _____ |
| **David Rodriguez** | Yes _____ | No ✓ |
| **Matthew Snodgrass** | Yes _____ | No ✓ |

**If you answered "yes" to Question 10 for any Defendant, please proceed to Question 11.  If you answered "no" to Question 10 for all Defendants, please stop here and sign the verdict form.**

## QUESTION ELEVEN

For any Defendant that you answered "yes" to in Question 10, how much should be awarded in punitive damages?

| | |
|---|---|
| **Jacy Tatum** | $ 70,000 |
| **David Rodriguez** | $ 0 |
| **Matthew Snodgrass** | $ 0 |

_____     Nov. 1, 2018
(Signature of jury foreperson)                        Date

United States District Court
Northern District of California

4