UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>   Defendants. | Case No. 14-cv-05157-SK<br><br>**JUDGMENT** |

Pursuant to the jury verdict and the Court's order on injunctive relief, JUDGEMENT is HEREBY ENTERED.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 16, 2019

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge