1  SCOTT A. LEWIS (SBN: 149094)
   PERRY, JOHNSON, ANDERSON, MILLER &
2  MOSKOWITZ, LLP
   438 1st Street, 4th Floor
3  Santa Rosa, California  95401
   Telephone: (707) 525-8800
4  Facsimile: (707) 545-8242

5  Attorneys for Defendants
   CITY OF ROHNERT PARK, JACY TATUM, DAVID
6  RODRIGUEZ and MATTHEW SNODGRASS

7

   ARTURO J. GONZÁLEZ (CA SBN 121490)
8  AGonzalez@mofo.com
   ALEXIS A. AMEZCUA (CA SBN 247507)
9  AAmezcua@mofo.com
   CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
10 CBlythe@mofo.com
   MALLORY MORALES (CA SBN 324094)
11 MMorales@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California 94105-2482
13 Telephone: 415.268.7000

14 Attorneys for Plaintiffs
   RAUL BARAJAS
15 ELVA BARAJAS

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

20
   RAUL BARAJAS and                      Case No. 3:14-cv-05157 SK
21 ELVA BARAJAS,
                                         **JOINT STIPULATION OF**
22              Plaintiffs,              **DISMISSAL WITH PREJUDICE**

23      v.

24 CITY OF ROHNERT PARK, a municipal
   corporation; and JACY TATUM, DAVID
25 RODRIQUEZ and MATTHEW SNODGRASS,
   officers with the City of Rohnert Park Police
26 Department,

27
                Defendants.
28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:14-CV-05157 SK                                              1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Raul Barajas and Elva
2  Barajas and Defendants' City of Rohnert Park, Jacy Tatum, David Rodriquez, and Matthew
3  Snodgrass hereby voluntarily dismiss their claims and potential claims in the above-captioned
4  matter with prejudice.  The Settlement Agreement, signed by all parties to the Action, provides
5  that a Dismissal with Prejudice of the entire action shall be filed "subject to the injunctive relief
6  requirements."  Thus the Court retains jurisdiction to enforce compliance with its Order on
7  injunction.  (ECF No. 277.)  The court file shall remain open until Defendants certify that they
8  have complied with the Order on injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 11, 2019

ARTURO J. GONZÁLEZ
ALEXIS A. AMEZCUA
CAITLIN S. BLYTHE
MALLORY MORALES
MORRISON & FOERSTER LLP

By: /s/ *Arturo J. González*
         ARTURO J. GONZÁLEZ

Attorney for Raul Barajas and Elva Barajas

Dated: April 11, 2019

SCOTT LEWIS
PERRY, JOHNSON, ANDERSON, MILLER &
MOSKOWITZ LLP

By: /s/ *Scott Lewis*
         SCOTT LEWIS

Attorney for City of Rohnert Park

**IT IS SO ORDERED.**

Dated: _____, 2019  _____
                                                                 Hon. Sallie Kim

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:14-CV-05157 SK

2

FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Arturo J. González, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Joint Stipulation of Dismissal with Prejudice*** and that the above-referenced signatory to this stipulation has conferred in this filing.

*/s/ Arturo J. González*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:14-CV-05157 SK

3