UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BARAJAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>    Defendants. | Case No. 14-cv-05157-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

In their status report filed on September 30, 2019, Defendants informed the Court that they had established a policy and scheduled a training for January 16, 2020. In light of Defendants' actions, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that there is a need for continued jurisdiction by this Court over the injunctive relief, the foregoing order shall stand vacated and this case shall be reopened. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: February 7, 2020

_____
SALLIE KIM
United States Magistrate Judge